FILED

03/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0256

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0256

_____

STATE OF MONTANA,

Plaintiff and Appellee,

Vs.

INNA VICTORIA HALL,
aka INNA VIKTOROVNA POSTOLNIKOVA,
aka NESSA CHRISMAN,

Defendant and Appellant.

_____

**ORDER**

_____

Upon consideration of Appellant's motion for extension of time, and good cause appearing, ,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including April 30, 2021 within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 15 2021